IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL THOMAS SHAW | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-105 |
| FNU KUNTZ, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Paul Thomas Shaw, a prisoner confined at the Jasper County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On July 11, 2023, the magistrate judge recommended dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 4] is ADOPTED. A

final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 17th day of August, 2023.**

                                              Michael J. Truncale
                                              United States District Judge